UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**JON MOLENKAMP**,

        Plaintiff,

vs.

**COMMISSIONER,**
of Social Security
Administration,

        Defendant.

Case No. 3:19-cv-01903-SB

ORDER (EAJA FEES)

      Based upon the stipulation of the parties, it is hereby ORDERED that, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, an attorney fee in the amount of $7,122.17 is awarded to Plaintiff. It is ordered that the aforementioned attorney fee shall be paid to Plaintiff's attorney, dependent upon verification that Plaintiff has no debt which qualifies for offset against the awarded fees, pursuant to the Treasury Offset Program as discussed in <u>Astrue v. Ratliff</u>, 130 S.Ct. 2521 (2010). If Plaintiff has no such debt, then it is ordered that the check shall be made payable to Plaintiff's attorney, Bruce Brewer, and mailed to him at PO Box 421, West Linn, OR

97068.  If Plaintiff has such debt, then the check for any remaining funds after offset of the debt shall be made payable to Plaintiff and mailed to Plaintiff's attorney's mailing address stated above.  There are no costs or expenses to be paid herein.

DATED this 23rd day of March, 2021.

_____
The Honorable Stacie F. Beckerman
United States Magistrate Judge

2 - ORDER FOR EAJA FEES